MICHAEL A. SWEET (SBN 184345)
msweet@foxrothschild.com
JACK PRAETZELLIS (SBN 267765)
jpraetzellis@foxrothschild.com
**FOX ROTHSCHILD LLP**
345 California Street, Suite 2200
San Francisco, California 94104
Telephone:	(415) 364-5540
Facsimile:	(415) 391-4436

Attorneys for E. Lynn
Schoenmann, Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>CALIFORNIA HARVEST COMMISSARY INC.,<br><br>      Debtor. | Case No. 20-30520-DM<br><br>Chapter 7<br><br>**APPLICATION FOR ISSUANCE OF ORDER PERMITTING 2004 EXAMINATION** |

  E. Lynn Schoenmann, Trustee of the estate ("Estate") of the above-named debtor ("Debtor"), hereby applies ex parte to the Court, pursuant to Bankruptcy Rule 2004 ("Rule 2004") and Bankruptcy Local Rule 2014-1(a), for an order permitting the Trustee to serve subpoenas for a deposition and production of documents upon California Harvest Healthy Foods Ranch Market, Inc., and Gilles Desaulniers.  The proposed categories for production are attached as **Exhibit A** and the proposed order granting the Application is attached as **Exhibit B**.

### APPLICABLE LAW

  Rule 2004 provides in pertinent part as follows:

(a) Examination on Motion.  On motion of any party in interest, the court may order the examination of any entity.

Scope of Examination.  The examination of an entity under this rule or of the debtor under § 343 of the Code may relate only to the acts, conduct, or property or to the liabilities and financial condition of the debtor, or to any matter which may affect the administration of the debtor's estate, or to the debtor's right to a discharge . . . .

123418122.1

(b) Compelling Attendance and Production of Documents. The attendance of an entity for examination and for the production of documents, whether the examination is to be conducted within or without the district in which the case is pending, may be compelled as provided in Rule 9016 for the attendance of a witness at a hearing or trial. As an officer of the court, an attorney may issue and sign a subpoena on behalf of the court for the district in which the examination is to be held if the attorney is admitted to practice in that court or in the court in which the case is pending.

Bankruptcy Local Rule 2004-1(a) provides that the Clerk may issue an order granting a 2004 application ex parte and without notice:

(a) Issuance of Order.

The Clerk may issue on behalf of the Court, ex parte and without notice, orders granting applications for examination of an entity pursuant to Bankruptcy Rule 2004(a).

## THE APPLICATION SHOULD BE GRANTED

### Basis For The Investigation

The Debtor's petition and schedules were signed by the Debtor's CEO, Gilles Desaulniers. According to section 28 of the Debtor's Statement of Financial Affairs, Mr. Desaulniers owns 75% of the Debtor. It is understood that Mr. Desaulniers is also the principal owner of an entity known as California Harvest Healthy Foods Ranch Market, Inc. ("California Harvest Market"), which upon information and belief, operates a grocery and health food store in San Francisco. It is further understood that the Debtor prepared fresh food items for sale in California Harvest Market's store.

The Trustee is interested in obtaining information from California Harvest Market given the overlapping ownership under Mr. Desaulniers, and the fact that the Debtor generated income through selling food products through California Harvest Market. Additionally, prior to the Debtor's bankruptcy filing on June 29, 2020, the Superior Court of California, County of San Francisco (the "Superior Court"), entered a Statement of Decision on May 14, 2019 against Mr. Desaulniers, the Debtor, and California Harvest Market, in an action commenced by the Debtor's minority owner, Andrea Mangan,[1] in case number CGC-18-565854. In the Statement of Decision, the Superior Court found that the Debtor took affirmative steps to conceal underreporting of income and underpayment

---

[1] According to the Debtor's Statement of Financial Affairs, Ms. Mangan holds a 25% interest in the Debtor.

-2-

123418122.1

of payroll taxes, raising questions with respect to bookkeeping issues between the Debtor and California Harvest Market.

It appears that Debtor and California Harvest Market may be alter egos. Further California Harvest Market may not have been appropriately paying the Debtor for goods provided to California Harvest Market and sold at the counter such that the Debtor has claims against California Harvest Market. Finally, in light of the Statement of Decision finding falsification of the Debtor's books and records and the fact that Mr. Desaulniers is the primary person in charge of the Debtor and California Harvest Market, he too may be an alter ego of the Debtor and/or California Harvest Market.

**Discovery Sought**

The Trustee seeks certain corporate and financial records relating to California Harvest Market, as set more particularly described in **Exhibit A**, hereto.

WHEREFORE, the Trustee respectfully requests than an Order for Rule 2004 Examination be entered permitting the Trustee to serve a subpoena for the production of documents listed on **Exhibit A** and permitting the Trustee to serve a subpoena for Mr. Desaulniers' deposition.

Dated: June 8, 2021.

                                                     FOX ROTHSCHILD LLP


                                           By *s/Jack Praetzellis*
                                              JACK PRAETZELLIS
                                              Attorneys for Trustee E. Lynn Schoenmann

123418122.1

# **Exhibit A**

123418122.1

# EXHIBIT A
# CATEGORIES FOR PRODUCTION

**PLEASE BE AWARE THAT all Categories for Production seek Electronically Stored Information. Electronically Stored Information shall be produced in native format with metadata intact.**

1. Produce all payroll tax records for California Harvest Market from January 1, 2015 through June 30, 2020, including but not limited to:

    a. Any and all W2 forms.

    b. Any and all quarterly and annual Federal and California payroll tax returns.

    c. Any and all payroll registers.

2. Produce all Federal and California corporate income tax returns with all schedules for California Harvest Markets for the years 2015 through 2019.

3. Produce all California sales tax returns and resale certificates for California Harvest Market for the years 2015 through 2019.

4. Produce all leases and financing agreements entered into by California Harvest Market for real or personal property since 2010.

5. Produce all corporate books and records for California Harvest Market, including but not limited to:

    a. Certificate(s) of formation/incorporation.

    b. Membership agreements.

    c. Corporate by-laws.

    d. Board minutes and exhibits thereto since January 1, 2015.

    e. Any shareholder consents or actions since January 1, 2015.

6. Produce any and all inventory purchase records between January 1, 2019 and June 30, 2020.

7. Produce any and all loan documents, including but not limited to any promissory notes and security agreements, for which California Harvest Market was an obligor or guarantor at

123418122.1

any time since January 1, 2015, as well any correspondence or emails related to such loan documents.

8. Produce all bank statements, cancelled checks (front and back), and EFT or wire confirmations for all accounts maintained by California Harvest Market for the period of June 1, 2018 through June 30, 2020.

9. Produce copies of any and all insurance policies maintained by California Harvest Market at any time between January 1, 2018 and June 30, 2020.

10. Produce any and all agreements and contracts between the Debtor and California Harvest Market in effect at any time since January 1, 2015.

11. Produce any and all invoices or receipts issued by the Debtor to California Harvest Market for goods either sold by the Debtor to California Harvest Market or goods produced by the Debtor sold through California Harvest Market since January 1, 2018.

12. Provide a complete accounting for
    a. all goods purchased by California Harvest Market from the Debtor since January 1, 2018;
    b. all goods produced by the Debtor that were sold by California Harvest Market since January 1, 2018;
    c. all payments made by California Harvest Market to the Debtor since January 1, 2018;
    d. all payment received by California Harvest Market from the Debtor since January 1, 2018; and
    e. any and all cost and profit sharing computations between the Debtor and California Harvest Market since January 1, 2018.

13. Provide a complete list of California Harvest Market's employees since January 1, 2018, including specifying titles and dates of employment.

14. Produce a working copy of California Harvest Market's accounting software (e.g. Quickbooks) with administrative user name and password.

15. Produce any and all documents relating to any monies owed by the Debtor to California Harvest Market.

123418122.1

| | |
|---|---|
| 1 | 16. Produce any and all documents relating to any monies owed by California Harvest Market to the Debtor. |
| 2 | |
| 3 | 17. Produce any and all documents relating to any monies owed by California Harvest Market to Gilles Desaulniers. |
| 4 | |
| 5 | 18. Produce any and all documents relating to any monies owed by Gilles Desaulniers to California Harvest Market. |
| 6 | |
| 7 | 19. Produce any and all documents relating to any Paycheck Protection Program ("PPP") loan to California Harvest Commissary Inc. |
| 8 | |
| 9 | 20. Produce any and all documents relating to any ("PPP") loan to California Harvest Healthy Foods Ranch Market, Inc. |
| 10 | |

199181\00001\115573679.v2

123418122.1

# Exhibit "B"

1 MICHAEL A. SWEET (SBN 184345)
msweet@foxrothschild.com
2 JACK PRAETZELLIS (SBN 267765)
jpraetzellis@foxrothschild.com
3 **FOX ROTHSCHILD LLP**
345 California Street, Suite 2200
4 San Francisco, California 94104
Telephone: (415) 364-5540
5 Facsimile: (415) 391-4436

6 Attorneys for E. Lynn
Schoenmann, Trustee
7

8 UNITED STATES BANKRUPTCY COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 SAN FRANCISCO DIVISION

11

12 In re: | Case No. 20-30520-DM

13 CALIFORNIA HARVEST COMMISSARY | Chapter 7
INC.,
14 | **ORDER AUTHORIZING 2004
EXAMINATION OF CALIFORNIA
15 Debtor. | HARVEST HEALTH FOOD RANCH
MARKET, INC. AND GILLES
16 | DESAULNIERS**

17

18

19       The Application of E. Lynn Schoenmann, Trustee ("Trustee") of the estate ("Estate") of the

20 above-named debtor ("Debtor"), pursuant to Bankruptcy Rule 2004 for an examination of California

21 Harvest Healthy Foods Ranch Market, Inc., and Gilles Desaulniers is granted. Accordingly, it is

22 hereby ORDERED that:

23       1. The Trustee may serve California Harvest Healthy Foods Ranch Market, Inc., and Gilles

24 Desaulniers with subpoenas for depositions.

25       2. The Trustee may serve upon California Harvest Healthy Foods Ranch Market, Inc., and

26 Gilles Desaulniers subpoena for the production of documents and electronically stored information

27 specified in Exhibit A to the Application.

28                                        ***END OF ORDER***

1
2 <u>Court Service List</u>

3 Gilles W. Desaulniers
621 Minna St.
San Francisco, CA 94103
4

5 Charles Alex Naegele, Esq.
19925 Stevens Creek Blvd. #100
Cupertino, CA 95014
6 Counsel for the Debtor

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23
199181\00001\115580103.v1
24

25

26

27

28